**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-7733

ANTONIO LAMONT GUNN,

Petitioner - Appellant,

versus

MARK HENRY, Warden,

Respondent - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge. (CA-98-3714-JFM)

Submitted:  June 8, 1999            Decided:  September 23, 1999

Before WILKINS, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Lamont Gunn, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio Lamont Gunn appeals from the district court's order denying relief on his petition filed pursuant to 28 U.S.C. § 2241 (1994). Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. See Gunn v. Henry, No. CA-98-3714-JFM (D. Md. Nov. 17, 1998).[*] See also Pelissero v. Thompson, 170 F.3d 442 (4th Cir. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on November 12, 1998, the district court's records show it was entered on the docket sheet on November 17, 1998. Pursuant to Fed. R. Civ. P. 58 and 79(a), we consider this date as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).